# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                                                                            Case No. 19-10060-01-JWB

JAIME VILLEGAS-CHAVEZ,

    Defendant.

## MEMORANDUM AND ORDER

On February 12, 2021, the court denied Defendant's motion for a sentence reduction under 18 U.S.C. § 3582(c)(1)(A). (Doc. 33.) On March 1, 2021, Defendant filed a "Motion for Cause Why Immediate Deportation Should Not be Granted," which the court treated as both a motion to reconsider and a request for an order of deportation. The court denied that motion on March 22, 2021. (Doc. 40.) On June 14, 2021, Defendant filed another motion for reconsideration (Doc. 41), which is now before the court. The government has filed a response. (Doc. 42.)

The motion complains that the court "failed to acknowledge [Defendant's] rehabilitation" in denying his § 3582 motion. (Doc. 41 at 1.) In denying Defendant's § 3582 motion, the court considered all of the circumstances alleged by Defendant. The court concluded then, as it does now, that Defendant "has failed to establish extraordinary and compelling circumstances that warrant consideration of a reduced sentence," and that "the sentencing factors in § 3553 show that a reduction in his sentence is not warranted." (Doc. 36 at 4-5.) Defendant's efforts at rehabilitation are commendable, but do not change the court's conclusions.

Defendant's Motion for Reconsideration (Doc. 41) is DENIED.

IT IS SO ORDERED this 25th day of June, 2021.

_____s/ John W. Broomes_____
JOHN W. BROOMES
UNITED STATES DISTRICT JUDGE